# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>     Plaintiff,<br><br>     v.<br><br>BAYSTATE MEDICAL CENTER, INC.,<br>BAYSTATE HEALTH, INC.,<br>     Defendant. | CIVIL ACTION<br>NO. 3:16-cv-30086-MGM |

## JUDGMENT IN A CIVIL CASE

**Mark G. Mastroianni, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Baystate Health, Inc., against the plaintiff Equal Employment Opportunity Commission, pursuant to the court's electronic order entered this date, ordering judgment for the defendant.

**ROBERT M. FARRELL**,
CLERK OF COURT

Dated: June 15, 2020        By /s/ *Maurice G. Lindsay*
                            Maurice G. Lindsay
                            Deputy Clerk

(Civil Judgment (Routine) 8 MGM.wpd - 11/98)
    [jgm.]